AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| RAYMOND L. BRASSFIELD | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 07-CR-0136 MSK | 3-10-70032 EDL | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment    ☐ Information    ☐ Complaint    x Other (specify)

charging a violation of         U.S.C. §

**FILED**
**JAN 1 5 2010**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT OF OFFENSE**
District of Colorado

**DESCRIPTION OF CHARGES:**

Supervised release violation

**CURRENT BOND STATUS:**

☐ Bail fixed at            and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)    Defendant waives Identity, Removal and Detention Hearings

**Representation:**    ☐ Retained Own Counsel    ☐ Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    X No    ☐ Yes    Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_Jan 15 2010_            _[signature]_
Date                United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |